NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
PENELOPE J. BRADY
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada  89501
(775) 784-5438
Penelope.Brady@usdoj.gov

*Representing the United States of America*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH LEROY MORENO,<br><br>Defendant. | 3:20-mj-0062-DLB<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, United States Code, Section 1361 – Destruction of Government Property (Count One) |

BEFORE the Honorable Deborah Barnes, United States Magistrate Judge,

Sacramento, California, the undersigned complainant being first duly sworn states:

Count One

(Destruction of Government Property)

On or about May 30, 2020, in the District of Nevada, Keith Leroy Moreno, defendant herein, did knowingly and intentionally damage federal property at the Bruce R. Thompson Federal Courthouse, 400 South Virginia Street, Reno, Nevada 89501 by throwing a cigarette receptacle and rocks at the first floor windows, damaging approximately three windows

1

1. that will cost approximately $15,000 to replace, all in violation of Title 18, United States Code, Section 1361.

Complainant as a special agent with the Federal Bureau of Investigation states there is probable cause to arrest the above-named defendant as set forth in the attached affidavit.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /