UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| *In re:* DESIGNATION OF A MAGISTRATE JUDGE FOR SERVICE IN ANOTHER DISTRICT | **ORDER** |
|---|---|

Pursuant to 28 U.S.C. § 636(f), upon the concurrence of the chief judges of the districts involved, a United States magistrate judge may be temporarily assigned to perform any of the duties specified in subsections (a), (b), or (c) of this section in a judicial district other than the judicial district for which he or she has been appointed. No magistrate judge shall perform any of such duties in a district to which he or she has been temporarily assigned until an order has been issued by the chief judge of such district specifying the reason the magistrate judge is being designated, the duration of his or her assignment, and the duties he or she is authorized to perform.

Due to the potential for a conflict of interest, the District of Nevada certifies the need for magistrate judge assistance from the Eastern District of California.

It is therefore ordered, with the concurrence of the Honorable Kimberly J Mueller, Chief Judge of the Eastern District of California, that United States Magistrate Judge Deborah Barnes is hereby designated to hold court and perform any and all judicial duties designated under 28 U.S.C. § 636, subsections (a), (b), and (c), in the District of Nevada.

DATED THIS 1st day of July 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE